UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 15-3651-AG (KS)                                            Date: April 25, 2016

Title   *Ricardo Garcia v. County of Los Angeles et al*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Roxanne Horan-Walker | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:      Attorneys Present for Defendants:

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On May 14, 2015, plaintiff, who was detained in an Immigration Customs and Enforcement Detention Center in Adelanto, California, filed a civil rights complaint ("Complaint") against the County of Los Angeles, Los Angeles County Sheriff's Department, and Does 1-10.  (Dkt. No. 1.)  Plaintiff alleges violations of the Fourth and Fourteenth Amendments arising from the Doe Defendants' entry into Plaintiff's home and use of force on May 15, 2013.  (Dkt. No. 1.)

On November 9, 2015, Defendants filed a Motion To Dismiss ("Motion") the Complaint for failure to state a claim.  (Dkt. No. 21.)  In the following months, Plaintiff requested and received three extensions of time, and as a result, Plaintiff had five months to prepare and file his Opposition.  (*See* Dkt. No. 40; *see also* Dkt. Nos. 28, 32.)  Based on the Court's order granting Plaintiff's third and final request for an extension of time, the Opposition was due no later than April 11, 2016.  (Dkt. No. 40.)  Two weeks have passed since that deadline, and the Court has received neither Plaintiff's Opposition to the Motion nor any other communication from Plaintiff

Instead, on March 17, 2016, the Court received in the mail the Court's last order granting Plaintiff an extension of time.  (Dkt. No. 41.)  That order was returned as not deliverable as addressed and unable to forward.  (*See id.*)

Accordingly, the Court now has two grounds on which to recommend dismissal: (1) Plaintiff's failure to oppose the Motion To Dismiss; and (2) Plaintiff's failure to notify the Court of his current address within 15 days after mail directed to his address of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 15-3651-AG (KS)                                                                 Date: April 25, 2016

Title     _Ricardo Garcia v. County of Los Angeles et al_

record was returned undelivered.  With regards to the former, Local Rule 7-12 states that a party's failure to file a required document such as an opposition to a motion "may be deemed consent to the granting [ ] of the motion."  With regards to the second reason for dismissal, Local Rule 41-6 states that "[i]f mail directed by the Clerk to a _pro se_ plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen (15) days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of said plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."

Although the Court has two grounds on which to recommend dismissal, the Court, in the interests of justice, grants Plaintiff one final opportunity to notify the Court of his current address, respond to the Motion, and participate in the action that he initiated.

Therefore, **by or before May 25, 2016**, plaintiff is ORDERED to show cause why judgment should not be entered in favor of the defense and the action dismissed under Local Rules 41-6 and 7-12.  Plaintiff's response to this OSC must include:  (a) his current address; and (b) _either_ a sworn declaration (not to exceed 3 pages) explaining the reasons why Plaintiff failed to timely respond to the Motion To Dismiss _or_ a complete and detailed response (in a manner fully complying with the Local Rules) to the Motion To Dismiss.  **The Court will not extend this deadline but for extraordinary cause shown**.

Alternatively, Plaintiff may request the voluntary dismissal of the action with no further consequence.

**Plaintiff is expressly cautioned that his failure to respond to this order will lead the Court to recommend dismissal based on Local Rules 41-6 and 7-12 and Rule 41 of the Federal Rules of Civil Procedure.**

:
**Initials of Preparer**     rh