1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO GARCIA,<br>　　　　Plaintiff,<br>　　v.<br>COUNTY OF LOS ANGELES, et al,<br>　　　　Defendants.<br>_____ | ) NO. CV 15-3651-AG (KS)<br>)<br>)<br>) ORDER ACCEPTING FINDINGS AND<br>) RECOMMENDATIONS OF UNITED<br>) STATES MAGISTRATE JUDGE<br>)<br>) |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed, and no Objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

　　　Accordingly, IT IS ORDERED that: (1) the Motion to Dismiss is GRANTED; (2) the Complaint is DISMISSED; and (3) Plaintiff shall file a First Amended Complaint within 30 days of the date of this Order.

Plaintiff shall not include new defendants or new allegations that are not reasonably related to the claims asserted in the original complaint. The First Amended Complaint, if any, shall be complete in itself and shall bear both the designation "First Amended Complaint" and the case number assigned to this action. It shall not refer in any manner to Plaintiff's earlier pleadings.

DATED: September 30, 2016

_____
ANDREW GUILFORD
UNITED STATES DISTRICT JUDGE